**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

BENJAMIN MUHAMMAD JONES
PLAINTIFF
ADC #89586

V.                              NO: 5:16CV00191 JM/PSH

DANNY BURL *et al*                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT plaintiff Benjamin Muhammad Jones is allowed to proceed in this case only on his failure to protect claims against defendants Danny Burl, Ronald Watson, Sterling Kirk, Ruthie Jones, Xavier Cuclager, Dexter L. Payne, Gregory Newsom, and LaToya Johnson, and all of Jones' other claims are DISMISSED WITHOUT PREJUDICE.

DATED this 30th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE