**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

BENJAMIN MUHAMMAD JONES                                                                    PLAINTIFF

v.                                            NO. 5:16-cv-00191 JM/PSH

DANNY BURL, et al.                                                                                      DEFENDANTS

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion for temporary restraining order filed by plaintiff Benjamin Muhammad Jones (Document No. 130) is denied.

IT IS SO ORDERED this 16th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE