IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BENJAMIN MUHAMMAD JONES**                        **PLAINTIFF**

v.            NO. 5:16-cv-00191 JM/PSH

**DANNY BURL, AUNDREA FITZGERALD,**            **DEFENDANTS**
**LATOYA JOHNSON, XAVIER CUCLAGER,**
**RUTHIE JONES, STERLING KIRK,**
**MAPLE AKINS, GREGORY NEWSOM,**
**CARL STOUT, LEMARCUS DAVIS,**
**RONALD WATSON, FAITH WILL,**
**BONNIE FOSTER, KATYHAN SCHAFFNER,**
**APN WALKER, DON ERICA JOHNSON,**
**WILLIAM BENTON, BRIDGET ATKINS,**
**DENTIST NUNN, GAYLON LAY, and**
**DEXTER PAYNE**

## ORDER

The Court has received findings and recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion for partial summary judgment on exhaustion filed by defendants Ronald Watson and Dexter Payne (Docket No. 115) is granted. The claims made against them by plaintiff Benjamin Muhammad Jones are dismissed without prejudice.

IT IS SO ORDERED this 18th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE