IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BENJAMIN MUHAMMAD JONES                                              PLAINTIFF

v.                               No. 5:16-cv-00191 JM-PSH

DANNY BURL, *et al.*                                                 DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Jones' motion for summary judgment (Doc. No. 172) is DENIED.

2. Defendants' motion for summary judgment (Doc. No. 201) is GRANTED, and Jones' claims against them are DISMISSED WITH PREJUDICE.

3. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 3rd day of January, 2018.

                                                                 _____
                                                                 UNITED STATES DISTRICT JUDGE